Daniel L. Baker, Respondent, v. Krentzman Knitting Mills, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

Arthur Balthasar, Respondent, v. J. A. Migel, Inc., Appellant.— Motion for stay denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

Foster R. Bowlby and Another, as Executors, etc., of George M. Bowlby, Deceased, Appellants, v. John Ennis McQuail, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ. Settle order on notice.

Maudella Mae Cahill, as Executrix, etc., of William P. W. Haff, Respondent, v. Harmon B. W. Haff, Appellant.— Motion for stay denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

Louisa D'Aurio and Another, as Administrators, etc., of Nicholas D'Aurio, Deceased, Respondents, v. Long Island Railroad Company, Defendant, Impleaded with The New York, New Haven and Hartford Railroad Company, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

Adolph Eisenberg, Respondent, v. John J. O'Grady, Appellant.— Motion to dismiss appeal denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Application of the Brooklyn Bar Association to Discipline an Attorney. Joseph A. Firpo, Respondent.— Matter referred to the Honorable Edward B. Thomas, official referee, to take proof of the facts, and report whether in his opinion the order of this court was violated. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Petition for the Judicial Settlement of the Accounts of Joseph Kaiser, as Sole Surviving Executor, etc., of William J. Murphy, Deceased. — Motion to dismiss appeal granted. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of Proceedings Supplementary to Execution. Collison & Klingman, Inc., Respondent, v. Abraham L. Katlin, Appellant.— Motion for stay denied, without costs, upon the ground that no appeal is pending. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Petition of Rachel Meyer, as Administratrix, etc., of Harry Meyer, Deceased, to Approve the Compromise between the Petitioner and Louis Meyer and Isaac Meyer, as Surviving Partners, etc.— Motion to dismiss appeal denied, without prejudice to a renewal upon the hearing of the appeal. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Estate of Daniel O'Connor, Deceased. Ernest M. Garbe, Respondent; Bernard J. Lynam, as Executor, etc., of Daniel O'Connor, Deceased, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the February term (for which term the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.